**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6169**

---

JIMMY MUHAMMED ALI,

                              Petitioner - Appellant,

        versus

JOYCE K. CONLEY, Doctor,

                              Respondent - Appellee.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  David A. Faber, Chief District Judge.  (CA-01-847-5)

---

Submitted:  May 29, 2003              Decided:  June 4, 2003

---

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jimmy Muhammed Ali, Appellant Pro Se.  Debbie Stevens, FEDERAL CORRECTIONAL INSTITUTION, Beaver, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Muhammed Ali, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Ali v. Conley</u>, No. CA-01-847-5 (S.D.W. Va. Dec. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>